IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CARLOS DAVILA TELLEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government shall file a brief in response to the defendant's motion to return property (filing 56) on or before May 10, 2005.

DATED this 26th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge