IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| CARLOS DAVILA TELLEZ, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the government's response and related brief,

IT IS ORDERED that defendant's motion to return property and request for an evidentiary hearing (filing 56) is denied.

DATED this 3rd day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge